UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-14-0538 (SLT) |
| v. ) | |
| ) | |
| APPROXIMATELY SIXTY NINE (69) ROUGH ) | |
| DIAMONDS SEIZED AT JOHN F. KENNEDY ) | |
| INTERNATIONAL AIRPORT ON MARCH 15, ) | |
| 2013; ) | |
| ) | |
| Defendants In Rem. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DECLARATION OF PUBLICATION

According to my review of the electronic database maintained by the Department of Justice, the attached notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 27, 2014 and ending on March 28, 2014 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2014.

*David L. Jones IV*

David L. Jones IV
FSA Records Examiner



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 27, 2014 and March 28, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 69 Rough Diamonds

**Court Case No:** CV-14-0538
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/27/2014 | 24.0 | Verified |
| 2 | 02/28/2014 | 24.0 | Verified |
| 3 | 03/01/2014 | 24.0 | Verified |
| 4 | 03/02/2014 | 24.0 | Verified |
| 5 | 03/03/2014 | 24.0 | Verified |
| 6 | 03/04/2014 | 24.0 | Verified |
| 7 | 03/05/2014 | 24.0 | Verified |
| 8 | 03/06/2014 | 24.0 | Verified |
| 9 | 03/07/2014 | 23.9 | Verified |
| 10 | 03/08/2014 | 24.0 | Verified |
| 11 | 03/09/2014 | 23.0 | Verified |
| 12 | 03/10/2014 | 24.0 | Verified |
| 13 | 03/11/2014 | 24.0 | Verified |
| 14 | 03/12/2014 | 24.0 | Verified |
| 15 | 03/13/2014 | 24.0 | Verified |
| 16 | 03/14/2014 | 24.0 | Verified |
| 17 | 03/15/2014 | 24.0 | Verified |
| 18 | 03/16/2014 | 24.0 | Verified |
| 19 | 03/17/2014 | 24.0 | Verified |
| 20 | 03/18/2014 | 24.0 | Verified |
| 21 | 03/19/2014 | 24.0 | Verified |
| 22 | 03/20/2014 | 24.0 | Verified |
| 23 | 03/21/2014 | 23.8 | Verified |
| 24 | 03/22/2014 | 24.0 | Verified |
| 25 | 03/23/2014 | 24.0 | Verified |
| 26 | 03/24/2014 | 24.0 | Verified |
| 27 | 03/25/2014 | 24.0 | Verified |
| 28 | 03/26/2014 | 24.0 | Verified |
| 29 | 03/27/2014 | 24.0 | Verified |
| 30 | 03/28/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
COURT CASE NUMBER: CV-14-0538; NOTICE OF FORFEITURE ACTION**

Pursuant to 19 U.S.C. § 1497 and 19 U.S.C. § 1595a, the United States filed a verified Complaint for Forfeiture against the following property:

> All right, title and interest in approximately 69 rough diamonds (13-ICE-002255) which were seized from Hawa Bah on or about March 15, 2013 at John F. Kennedy International Airport, located in Jamaica, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 27, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY  11201, and copies of each served upon Assistant United States Attorney Laura Mantell, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY 11201, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.