## CLAIM AGAINST DEFENDANTS *in rem*

A.  Identity of Property: Sixty Nine (69) rough diamonds, Defendants *in rem* in Civil action no. CV-14-538 pending in USDCEDNY.

B.  Claimant Identity: Howa Bah, a citizen of Guinea, as owner of the Property.

C.  I affirm the foregoing under penalty of perjury.

_____
Hawa Bah

D.  This claim is intended to be served upon AUSA Laura Mantell.