# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NEW YORK  )

I, Fern I. Margolies, being duly sworn, say: I am not a party to the within action, am over 18 years of age, and reside in the State of New York.

On April 21, 2014, I sent a letter to Laura Mantell, AUSA, located at Eastern District of New York, 271 Cadman Plaza East Brooklyn, New York 11201, by electronic mail, which letter, was addressed to Honorable Sandra L. Townes, USDC, Eastern District of New York 11201.

                                                                         _____
                                                                          Fern I. Margolies

Sworn to before me this
21st day of April 2014

_____
NOTARY PUBLIC

KAREN TOBEY
NOTARY PUBLIC, State of New York
No. 03-4854804
Qualified in Bronx County
Cert. Filed in New York County
Commission Expires May 19, 2014