# THE S.A. JACKSON
# LAW FIRM, P.C.

70 EAST 55TH STREET

New York, NY 10022
Tel: (212) 755-0500
Fax: (212) 755-2140
Email: saj@maidman.org

September 22, 2014

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Unite States v. Approximately Sixty-Nine
        Rough Diamonds Seized at JFK International Airport
        Civil Action No.:  14-538

Dear Judge Gold:

    I write to request an adjournment of Plaintiff's compliance with answers to interrogatories and deposition of Mrs. Bah.  The presence of the Ebola virus in Guinea has made gathering information somewhat difficult.  I request that Plaintiff's time to answer Defendant's interrogatories be extended to October 30th and the deposition of Mrs. Bah be extended to November 30th.

    AUSA Laura Mantel has consented to my request, subject to the Court's approval.

        Respectfully,

        Stuart A. Jackson

SAJ/ash

cc:    Laura Mantell, AUSA